# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LON CAMPBELL, | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 1:15-cv-00192-TWP-TAB |
| USA, | ) | |
| Respondent. | ) | |

## Entry Dismissing Motion for Relief Pursuant to
## 28 U.S.C. § 2255 Without Prejudice

Petitioner Lon Campbell has filed a motion for post-conviction relief under 28 U.S.C. § 2255. On January 21, 2015, Mr. Campbell pled guilty to and was sentenced for using a false Social Security Number. He appealed his conviction to the Seventh Circuit Court of Appeals. His appeal is pending.

The United States has moved to dismiss Mr. Campbell's § 2255 motion. Absent extraordinary circumstances, the district court should not consider a § 2255 motion while a direct appeal is pending. *United States v. Robinson,* 8 F.3d 398 (7th Cir. 1993). Mr. Campbell has not alleged any extraordinary circumstances that require consideration of his § 2255 motion while his appeal is pending. Therefore, the motion to dismiss [dkt 4] is **granted** and Mr. Campbell's 28 U.S.C. § 2255 motion is **dismissed** without prejudice because it is **premature**.

Because the motion is denied as premature and not on the merits, Mr. Campbell may file a new § 2255 motion after his appeal is decided. Such a motion would not be "second or successive" motion under 28 U.S.C. 2244(a). *O'Connor v. United States,* 133 F.3d 548, 694 (7th Cir. 1998) (when § 2255 petition is returned to petitioner on ground that no collateral attack could be begun

while appeal pending, it does not count as petition; petitioner may file new motion after appeal decided without obtaining permission from the court of appeals).

A copy of the Entry and Judgment in this action **shall be docketed** in No. 1:07-cr-95-TWP-TAB-1.

**IT IS SO ORDERED**.

Date: 5/14/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Lon Campbell
08697-028
Milan Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

**Note to Clerk: Processing this document requires actions in addition to docketing and distribution.**